# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STACY M. LOERWALD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-CV-326-TCK-PJC |
| | ) |
| U.S. PIPELINE, INC., | ) |
| a Corporation doing business in | ) |
| Tulsa County, Oklahoma, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT OF DISMISSAL

This matter is hereby dismissed without prejudice, and this judgment of dismissal is entered in favor of Defendant and against Plaintiff. This judgment of dismissal terminates the litigation.

**SO ORDERED** this 18th day of August, 2015.

_____
TERENCE C. KERN
UNITED STATES DISTRICT JUDGE